Opinion by Mr. JUSTICE DEMPSEY.

Walter La Von Pride, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., Michael J. Polelle, and Rick Petrone, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* ALFONSO SPEIGHTS *et al.,* Defendants-Appellees.

(Nos. 60376-7 cons.;

First District (3rd Division)—March 20, 1975.

PER CURIAM.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Thomas D. Rafter, Assistant State's Attorneys, of counsel), for the People.

No appearance for appellees.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* JAN CARROLL, Defendant-Appellee.

(Nos. 60663-4 cons.;

First District (3rd Division)—March 20, 1975.